DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

McRAE v. MOORE

No. 165 PC.

Case below: 33 N.C. App. 116.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 14 July 1977.

MANESS v. BULLINS

No. 170 PC.

Case below: 33 N.C. App. 208.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 14 July 1977.

OIL CO. v. CLEARY

No. 139 PC.

Case below: 33 N.C. App. 212.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 14 July 1977.

STATE v. BEMBERY

No. 163 PC.

Case below: 33 N.C. App. 31.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1977.

STATE v. BROTHERS

No. 156 PC.

Case below: 33 N.C. App. 233.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1977.